**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7635

JOHN ERIC MAGBIE,

Plaintiff - Appellant,

versus

GENE JOHNSON; MR. HUFFMAN; WARDEN BASSETT; R.
B. PHILLIPS; MR. LOCKHART; CAPTAIN KELLEY;
MAJOR K. PICKEREL; LIEUTENANT SHREWER;
LIEUTENANT COMBS; MR. HAMMOND; W. BARBETTO;
MS. BARBETTO; OLSIN, Food Service Manager; MR.
SMITH; CORRECTIONAL OFFICER ROSS; SERGEANT
COX; DR. WATSON; JOHN DOE, Correction Officer;
MR. HATFIELD; S. FULLER; CORRECTIONAL OFFICER
BOSTIC,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge. (CA-04-504-7)

Submitted: February 9, 2005        Decided: February 15, 2005

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Eric Magbie, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Eric Magbie appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Magbie v. Johnson</u>, No. CA-04-504-7 (W.D. Va. Aug. 31, 2004). We deny Magbie's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>